UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-21436-CIV-KING/DAMIAN

ARMANDO CABRERA,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON
UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REVERSAL AND
REMAND OF THE CAUSE TO THE DEFENDANT [ECF NO. 16]**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant, filed January 20, 2023 [ECF No. 16] (the "Motion"). This matter was assigned to the undersigned by the Clerk's Notice of Case Assignment of Paired Magistrate Judge. [ECF No. 2].

The undersigned has considered the Motion, the pertinent portions of the record, the applicable law, and is otherwise fully advised in the premises. Noting Plaintiff has no objection to the Motion, the undersigned recommends that the Motion [ECF No. 16] be **GRANTED** and that the matter be remanded to the Commissioner for further administrative proceedings in accordance with this Report and Recommendation.

**DISCUSSION**

Plaintiff, Armando Cabrera, filed the Complaint in this matter on May 9, 2022. [ECF No. 1]. Defendant filed an Answer on July 19, 2022. [ECF No. 10]. The Court entered a

Scheduling Order on September 21, 2022. [ECF No. 13]. Plaintiff filed her Motion for Summary Judgment on December 21, 2022. [ECF No. 15]. Defendant filed the Motion now before the Court on January 20, 2023. [ECF No. 16]. Defendant's Motion indicates as follows:

> On remand, the Administrative Law Judge will be instructed to obtain supplemental vocational evidence addressing and resolving any conflicts between the limitations outlined in the residual functional capacity and the jobs found that Plaintiff can perform in the national economy. The Administrative Law Judge will update the administrative record and issue a new decision.

Mot. at 1. As mentioned above, Defendant's Motion is unopposed.

Sentence four of Section 405(g) provides that the Court "shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C § 405(g). The undersigned finds that a remand to the Commissioner is appropriate in this matter.

## RECOMMENDATION

Based on the foregoing, the undersigned respectfully recommends that Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand of the Cause to the Defendant [ECF No. 16] be **GRANTED** as follows:

  i.    the Commissioner's decision be **REVERSED**;

  ii.   the matter be **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) to: (a) obtain supplemental vocational evidence addressing and resolving any conflicts between the limitations outlined in the residual functional capacity and the jobs found that Plaintiff can perform in the national

economy; (b) take any further action needed to complete the administrative record; and (c) issue a new decision; and

  iii.  Plaintiff's Motion for Summary Judgment [ECF No. 15] be **DENIED AS MOOT**.

The parties will have **five (5) days**[1] from the date of receipt of this Report and Recommendation within which to serve and file written objections, if any, with the Honorable James Lawrence King, United States District Court Judge. Failure to file objections timely shall bar the parties from a *de novo* determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the Report except upon grounds of plain error if necessary in the interest of justice. *See* 28 U.S.C § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida this 16th day of February 2022.

            _____
            MELISSA DAMIAN
            UNITED STATES MAGISTRATE JUDGE

cc:  The Honorable James Lawrence King
    Counsel of Record

---

[1] Plaintiff does not oppose the Motion. Therefore, the undersigned finds good cause to shorten the time to file objections to the Report and Recommendation to five days.