UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21436-JLK/DAMIAN

ARMANDO CABRERA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR
## ENTRY OF JUDGMENT WITH REVERSAL AND REMAND

THIS CAUSE is before the Court on the February 16, 2023 Report and Recommendation ("R&R") (DE 17) of Magistrate Judge Melissa Damian. No objections were filed and the time to do so has passed.

The R&R recommends granting Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand (DE 16). R&R at 1. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Damian's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Damian's Report and Recommendation **(DE 17)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Defendant's Motion Entry of Judgment with Reversal and Remand **(DE 16)** is hereby **GRANTED**;

3. The Commissioner's decision is hereby **REVERSED**;

4. The matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Report and Recommendation;

5. Plaintiff's Motion for Summary Judgment **(DE 15)** is hereby **DENIED AS MOOT**; and

6. Plaintiff's Unopposed Motion for Extension of Time **(DE 14)** is hereby **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of February, 2023.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   **All Counsel of Record
Magistrate Judge Melissa Damian**