UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-21436-JLK-1

ARMANDO CABRERA,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Respondent.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR**
**ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

THIS CAUSE comes before the Court upon Magistrate Judge Melissa Damian's October 5, 2023 Report and Recommendation (the "R&R") (DE 21). No objections were filed and the time to do so has passed.

The R&R recommends that Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act, (DE 20), be granted. After a careful review of the record, the Court concludes that Magistrate Judge Damian's Report and Recommendation is a thorough and accurate reflection of both the record and the law at issue, and that it contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** that:

1) Magistrate Judge Melissa Damian's October 5, 2023 Report and Recommendation **(DE 21)** be, and the same is hereby, **AFFIRMED and ADOPTED**; and

1

2) Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act **(DE 20)**, is hereby **GRANTED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 9th day of November, 2023.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT of FLORIDA

**cc:   Counsel of Record**
**Magistrate Judge Melissa Damian**